U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SCOTT AND COURTNEY DOYLE** | : | **DOCKET NO. 07-655** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **AUTO CLUB FAMILY INSURANCE CO.** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

Before the Court is a "Motion for Certification of Interlocutory Order for Appeal" (doc. #30) filed by defendant, Auto Club Family Insurance Co. wherein the mover seeks to have this Court Certify the Court's Memorandum Ruling and Judgment dated September 10, 2007[1] as an appealable interlocutory decree pursuant to 28 U.S.C. 1292(b). The Court's ruling found that the Doyles' refusal to submit to a statement under oath without limitations was not an absolute refusal to submit to a statement under oath. This was a factual finding and not a question of law as to which there is substantial ground for difference of opinion. Accordingly, it is

**ORDERED** that motion for certification of an interlocutory order for appeal pursuant to 28 U.S.C. 1292(b) is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of October, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Docs. #28 and 29.